■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERREK VAUGHN, Appellant.—

The defendant contends that the eyewitness's testimony was insufficient to establish his identity as one of the perpetrators beyond a reasonable doubt. We disagree. Viewing that testimony in the light most favorable to the People *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's identity as one of the perpetrators beyond a reasonable doubt. Moreover, resolution of issues of

credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

The defendant's contention that the sentence imposed is excessive is without merit *(see, People v Suitte,* 90 AD2d 80). Brown, J. P., Rubin, Kooper and Harwood, JJ., concur.